238 P.3d 202

# SUPREME COURT OF HAWAI'I

Kona Village Realty, Inc. v. Sun-
   stone Realty Partners, XIV, LLC 28840      08/30/2010  Denied      123 Hawai'i 476,
   236 P.3d 456

C. Brewer and Co., Ltd. v. Hawaii
   Ins. Guar. Ass'n . . . . . . . . . . . . . . . 29342      08/27/2010  Dismissed      23 Hawai'i 135,
   231 P.3d 60